UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MCGRATH,<br><br>    Plaintiff,<br><br>    v.<br><br>DOORDASH, INC.,<br><br>    Defendant. | Case No. 19-cv-05279-EMC<br><br>**ORDER SCHEDULING HEARING FOR DEFENDANT'S MOTION TO STAY; AND TEMPORARILY VACATING HEARINGS ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION**<br><br>Docket Nos. 33, 46, 49 |

Defendant has moved to stay proceedings pending preliminary and final approval of a class action settlement in a case in state court. Defendant's motion is not an administrative motion for relief. That being said, Defendant's motion to stay should be resolved before the Court addresses other pending motions, namely, Defendant's motion to dismiss and Plaintiff's motion for conditional certification. Accordingly, the Court hereby orders as follows.

1.   The hearings on Defendant's motion to dismiss and Plaintiff's motion for conditional certification are temporarily **VACATED**. In addition, briefing on Plaintiff's motion for class certification is temporarily stayed.

///
///
///
///
///
///

2. Defendant's motion to stay is set for hearing on **January 23, 2020, at 1:30 p.m.** Plaintiff's opposition to the motion shall be filed by December 30, 2019, and Defendant's reply by January 6, 2020.

**IT IS SO ORDERED**.

Dated: December 23, 2019

_____
EDWARD M. CHEN
United States District Judge