Ricardo J. Prieto (Admitted *PHV*)
rprieto@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Robert R. Debes, Jr. (Admitted *PHV*)
bdebes@debeslaw.com
DEBES LAW FIRM
5909 West Loop South, Suite 510
Bellaire, Texas 77401
Telephone: (713) 623-0900
Facsimile: (713) 623-0951

*Counsel for Plaintiff, Jacob McGrath, and Proposed Collective Action Members*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JACOB McGRATH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOORDASH, INC.,<br><br>Defendant. | Case No: 3:19-cv-05279-EMC<br><br>**PLAINTIFF'S NOTICE OF FILING CONSENT FORMS**<br><br>Action Filed:   August 23, 2019<br><br>Judge:   Edward M. Chen |

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit their Consent Forms to become Party Plaintiff in the above-captioned collective action:

| Consent Form Exhibits | |
|---|---|
| Exhibit 996 | Bhujel, Aalok |
| Exhibit 997 | Leiva, Saul |

DATED:  February 10, 2020

Respectfully submitted,

By:   /s/Ricardo J. Prieto
         Ricardo J. Prieto

**SHELLIST | LAZARZ | SLOBIN LLP**

Ricardo J. Prieto (Admitted *PHV*)
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

&

**DEBES LAW FIRM**

Robert R. Debes, Jr. (Admitted *PHV*)
bdebes@debeslaw.com
5909 West Loop South, Suite 510
Bellaire, Texas 77401
Telephone: (713) 623-0900
Facsimile: (713) 623-0951

*Counsel for Plaintiff, Jacob McGrath, and Proposed Collective Action Members*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on February 10, 2020, a true and correct copy of this instrument was served on all counsel of record via the Court's ECF system.

/s/Ricardo J. Prieto
Ricardo J. Prieto