# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 10, 2020　　**Time:** 1:30-2:05= 35 Minutes　　**Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-05279-EMC　　**Case Name:** McGrath v. Doordash, Inc.

**Attorney for Plaintiff:** Ricardo Prieto
**Attorneys for Defendant:** Joshua Lipshutz, Michael Holecek

**Deputy Clerk:** Angella Meuleman　　**Court Reporter:** Ana Dub

## PROCEEDINGS HELD BY ZOOM WEBINAR

[162] Motion to Dismiss held.

## SUMMARY

Parties stated appearances and proffered argument.

For the reasons stated on the record, the motion to dismiss is denied.

In addition, the Court strikes from the record [174] Plaintiff's motion to compel discovery. Instead, the parties shall meet and confer regarding arbitration-related discovery and shall report back (via joint letter) by 9/17/20 as to whether they have reached agreement on what arbitration-related discovery may need to take place prior to resolution of Defendant's motion to compel arbitration. If the parties do not reach agreement, they shall each state their respective positions on discovery in the joint letter. The Court shall keep the sequencing of motions the same – *i.e.*, it shall adjudicate the arbitration motion before it adjudicates Plaintiff's motion for conditional certification (FLSA).