GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant DOORDASH, INC.

SHELLIST | LAZARZ | SLOBIN LLP
RICARDO J. PRIETO (*Admitted Pro Hac Vice*)
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

MELINDA ARBUCKLE, Cal. Bar No. 302723
marbuckle@eeoc.net
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

DEBES LAW FIRM
ROBERT R. DEBES, JR.
(*Admitted Pro Hac Vice*)
bdebes@debeslaw.com
One Riverway, Suite 1700
777 S. Post Oak Lane
Houston, Texas 77056
Telephone: (713) 623-0900
Facsimile: (713) 623-0951

Attorneys for Plaintiff JACOB MCGRATH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB MCGRATH, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DOORDASH, INC.,<br><br>    Defendant. | CASE NO. 3:19-cv-05279-EMC<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:  August 23, 2019<br><br><br>Honorable Edward M. Chen |

Pursuant to this Court's October 12, 2021 Order directing the filing of a joint status report (ECF No. 220), Plaintiff JACOB MCGRATH and Defendant DOORDASH, INC. (collectively, the "Parties") hereby submit the following:

The Parties participated in a mediation on July 29, 2021, and again on October 7, 2021. The Parties are working toward, and expect to reach, an amicable resolution of this matter in the near future.

DATED: November 9, 2021          SHELLIST | LAZARZ | SLOBIN LLP

                                 By:   /s/ RICARDO J. PRIETO
                                          RICARDO J. PRIETO

                                 Attorney for Plaintiff JACOB MCGRATH

DATED: November 9, 2021          GIBSON DUNN & CRUTCHER LLP

                                 By:   /s/ JOSHUA S. LIPSHUTZ
                                          JOSHUA S. LIPSHUTZ
                                          THEANE EVANGELIS
                                          MICHAEL HOLECEK

                                 Attorney for Defendant DoorDash, Inc.