| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:   415.393.8200<br>Facsimile:    415.393.8306<br><br>THEANE EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>MICHAEL HOLECEK, SBN 281034<br>mholecek@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>Attorneys for Defendant DOORDASH, INC. | SHELLIST \| LAZARZ \| SLOBIN LLP<br>RICARDO J. PRIETO (*Admitted Pro Hac Vice*)<br>rprieto@eeoc.net<br>11 Greenway Plaza, Suite 1515<br>Houston, Texas 77046<br>Telephone: (713) 621-2277<br>Facsimile: (713) 621-0993<br><br>MELINDA ARBUCKLE, Cal. Bar No. 302723<br>marbuckle@eeoc.net<br>402 West Broadway, Suite 400<br>San Diego, California 92101<br>Telephone: (713) 621-2277<br>Facsimile: (713) 621-0993<br><br>DEBES LAW FIRM<br>ROBERT R. DEBES, JR.<br>(*Admitted Pro Hac Vice*)<br>bdebes@debeslaw.com<br>One Riverway, Suite 1700<br>777 S. Post Oak Lane<br>Houston, Texas 77056<br>Telephone: (713) 623-0900<br>Facsimile: (713) 623-0951<br><br>Attorneys for Plaintiff JACOB MCGRATH |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JACOB MCGRATH, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>DOORDASH, INC.,<br><br>    Defendant. | CASE NO. 3:19-cv-05279-EMC<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:  August 23, 2019<br><br><br>Honorable Edward M. Chen |

Pursuant to this Court's March 30, 2022 Order directing the filing of a joint status report (ECF No. 226), Plaintiff JACOB MCGRATH and Defendant DOORDASH, INC. (collectively, the "Parties") hereby submit the following:

The Parties participated in a mediation on July 29, 2021, and again on October 7, 2021.  The Parties are now working to finalize settlement terms and expect to resolve this matter in the near future.

DATED:  June 14, 2022    SHELLIST | LAZARZ | SLOBIN LLP

By:   */s/ Ricardo J. Prieto*
　　　　　RICARDO J. PRIETO

Attorney for Plaintiff JACOB MCGRATH

DATED:  June 14, 2022    GIBSON DUNN & CRUTCHER LLP

By:   */s/ Joshua S. Lipshutz*
　　　　　JOSHUA S. LIPSHUTZ
　　　　　THEANE EVANGELIS
　　　　　MICHAEL HOLECEK

Attorney for Defendant DoorDash, Inc.

**ECF ATTESTATION**

I, Joshua Lipshutz, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated:  June 14, 2022    GIBSON, DUNN & CRUTCHER LLP


By:    */s/ Joshua S. Lipshutz*
                Joshua S. Lipshutz

Attorneys for Defendant DOORDASH, INC.